PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GUERRA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-01408-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days to and including July 6, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, including several other district court cases and other substantive work in the areas of bankruptcy and civil rights, despite due diligence.

///

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  June 3, 2016     */s/ Lynn Harada for Vijay J. Patel*_
(*as authorized via email on 6/3/16)
VIJAY J. PATEL
Attorney for Plaintiff

Dated: June 3, 2016     PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/  Lynn M. Harada
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

### **ORDER**

Based on the above stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant is granted an extension of time, up and including July 6, 2016, to file a responsive brief; and

2. Plaintiff may file an optional reply brief on or before July 25, 2016.

IT IS SO ORDERED.

Dated:  **June 7, 2016**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE