Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jesse Guerra

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE GUERRA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01408-SKO<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　　IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Jesse Guerra be awarded attorney fees in the amount of six thousand dollars ($6,000.00) under the

-1-

1 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents
2 compensation for all legal services rendered on behalf of Plaintiff by counsel in
3 connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).
4          After the Court issues an order for EAJA fees to Jesse Guerra, the
5 government will consider the matter of Jesse Guerra's assignment of EAJA fees to
6 Young Cho.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability
7 to honor the assignment will depend on whether the fees are subject to any offset
8 allowed under the United States Department of the Treasury's Offset Program.
9 After the order for EAJA fees is entered, the government will determine whether
10 they are subject to any offset.
11          Fees shall be made payable to Jesse Guerra, but if the Department of the
12 Treasury determines that Jesse Guerra does not owe a federal debt, then the
13 government shall cause the payment of fees, expenses and costs to be made
14 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
15 executed by Jesse Guerra.[1]  Any payments made shall be delivered to Young Cho.
16          This stipulation constitutes a compromise settlement of Jesse Guerra's
17 request for EAJA attorney fees, and does not constitute an admission of liability on
18 the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount
19 shall constitute a complete release from, and bar to, any and all claims that Jesse
20 Guerra and/or Young Cho including Law Offices of Lawrence D. Rohlfing may
21 have relating to EAJA attorney fees in connection with this action.
22 ///
23 ///
24

---

25 [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
26 under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 21, 2016     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff Jesse Guerra

DATE: November 21, 2016     PHILLIP A. TALBERT
Acting United States Attorney

/s/ *Lynn M. Harada*

LYNN M. HARADA
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

## **ORDER**

Based upon the above "Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920" (Doc. 22), IT IS ORDERED that fees and expenses in the amount of six thousand dollars ($6,000.00) under EAJA, 28 U.S.C. § 2412(d), be awarded subject to the terms of the above Stipulation.

IT IS SO ORDERED.

Dated:   **November 22, 2016**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE